# Court of Appeals
# of the State of Georgia

ATLANTA, August 04, 2016

*The Court of Appeals hereby passes the following order*

## A16I0257. GEORGIA DEPARTMENT OF TRANSPORTATION v. SAMUEL CHE BALAMO A/K/A SAMUEL CHE BALAN.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

09CV4184



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, August 04, 2016.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.